UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**PRISM PICTURES, INC.,**

                **Plaintiff,**

**v.**                                              **Case No:  6:16-cv-1055-Orl-41TBS**

**R. ZACK KENNEDY,**

                **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Default Final Judgment (Doc. 14). United States Magistrate Judge Thomas Smith submitted a Report and Recommendation (Doc. 16), in which he recommends that the motion be granted and declaratory judgment be entered on Plaintiff's claims. Judge Smith further recommends that Plaintiff is entitled to recover its costs.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Default Final Judgment (Doc. 14) is **GRANTED**.

3. The Clerk is directed to enter a declaratory judgment in favor of Plaintiff providing that: (1) neither Monsters at Large nor the underlying screenplay infringes any copyright held by Defendant; and (2) Plaintiff has no contractual obligations of any kind to Defendant with respect to Monsters at Large, its underlying screenplay,

Defendant's unidentified works, or otherwise. Thereafter, the Clerk is directed to close this case.

4. **On or before December 12, 2016**, Plaintiff shall file a Bill of Costs.

**DONE** and **ORDERED** in Orlando, Florida on November 28, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record